**No. 61204.**—William H. Masson *v.* United States, protests 226869–K and 231683–K (Baltimore).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of "Schippach Pencil Clay," not a ball clay, similar in all material respects to that the subject of *Joseph Dixon Crucible Company* v. *United States* (37 Cust. Ct. 157, C. D. 1816), the claim of the plaintiff was sustained.